UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TINA CANALEJO,

    Plaintiff,

v.

GREAT EXPRESSIONS SPECIALTY OF
FLORIDA, P.A.,

    Defendant.
_____)

Removed from Thirteenth Judicial Circuit
Court, Hillsborough County

Circuit Court Case No. 13-CA-014753

## NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANT

Defendant Great Expressions Specialty of Florida, P.A., by and through counsel, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, and states as follows:

1. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1331(c), because Plaintiff's Complaint arises under the laws of the United States, to wit the Family Medical Leave Act, 29 U.S.C. §2601, *et seq.*

2. This Notice of Removal is timely filed within 30 days of service, pursuant to 28 U.S.C. § 1446(b). Defendant was served with the summons and Complaint in this action on December 11, 2013.

3. The state court action was filed in the Circuit Court of Hillsborough County, Florida. Pursuant to 28 U.S.C. §§ 102(a)(1) and 1446(a), this action is properly removed to the United States District Court for the Middle District of Florida, Tampa Division.

4. Copies of the Summons and Complaint in the state court action are attached as *Exhibits 1 and 2*, respectively, pursuant to 28 U.S.C. § 1446(a).

5. No other process, pleadings or orders have been served on Defendant in the state court action.

6. As required by 28 U.S.C. § 1446(d), Defendant will provide notice of this Removal to Plaintiff's attorney, Luis Cabassa.

7. As required by 28 U.S.C. § 1446(d), a copy of this Notice will be filed with the Clerk of the Circuit Court of Hillsborough County, where the action was filed.

WHEREFORE, Defendant removes the above action to this Court.

DATED this 2nd day of January, 2014.

Respectfully submitted,

LYDECKER DIAZ, LLC
*Attorneys for Plaintiff*
1221 Brickell Avenue, 19th Floor
Miami, Florida 33131
Tel: (305) 416-3180
Fax: (306) 416-3190

By: _____
MARK A. HENDRICKS
Florida Bar No. 768146
Email: *mah@lydeckerdiaz.com*
KIMARE S. DYER
Florida Bar No. 269920
Email: *kd@lydeckerdiaz.com*

and

YOUNG BASILE HANLON &
MACFARLANE, PC
3001 W. Big Beaver Road, Suite 624
Troy, Michigan 48084
Tel: (248) 649-3333
Fax: (248) 649-3338
MARC D. WOLFE
Florida Bar No. 925861
Email: wolfe@youngbasile.com
JEFFREY D. WILSON
*Email: wilson@youngbasile.com*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on January 2, 2014, he caused the foregoing to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

_____
MARK A. HENDRICKS