IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TINA CANALEJO,

    Plaintiff,

v.                            CASE No: 8:14-cv-00017-RAL-MAP

GREAT EXPRESSIONS SPECIALITY
OF FLORIDA, P.A.,

    Defendant.
_____/

## UNOPPOSED MOTION TO SUBSTITUTE
## PROPER DEFENDANT AND CORRECT STYLE OF CASE

Plaintiff, TINA CANALEJO, by and through her undersigned counsel and without objection from Defendant, moves the Court for the entry of an Order substituting Defendant, GREAT EXPRESSIONS SPECIALITY OF FLORIDA, P.A., with the proper Defendant, ADG, LLC d/b/a Great Expressions, and correcting the style of the case to reflect the proper Defendant.

## MEMORANDUM OF LAW

In the Complaint in this matter, Plaintiff identified GREAT EXPRESSIONS SPECIALITY OF FLORIDA, P.A. as the Defendant in this matter. (Dkt.2). In its Answer, Defendant noted that the proper Defendant in this matter should be ADG, LLC d/b/a Great Expressions. (Dkt 7). Based on Defendant's representation in its Answer, Plaintiff hereby requests that the Court enter an order substituting ADG, LLC d/b/a Great Expressions as the Defendant in this matter. Additionally, Plaintiff requests that the style of the case be changed to reflect the substitution of the proper Defendant. The relief requested in this motion will not prejudice either party. Moreover, Plaintiff consulted with Defendant prior to the filing of this motion and Defendant indicated it would not oppose said relief.

DATED this 21st day of January, 2014.

        Respectfully submitted,

        /s/ Luis A. Cabassa
        **LUIS A. CABASSA**
        Florida Bar Number: 0053643
        Direct No.: 813-379-2565
        **WENZEL FENTON CABASSA, P.A.**
        1110 North Florida Avenue, Suite 300
        Tampa, FL 33602
        Main No.: 813-224-0431
        Facsimile: 813-229-8712
        Email: lcabassa@wfclaw.com
        Email: mkimbrou@wfclaw.com
        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of January, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Mark A. Hendricks
Lydecker Diaz, LLC
1221 Brickell Avenue, 19th Floor
Miami, Florida 33131

Marc D. Wolfe
Jeffrey D. Wilson
Young Basile Hanlon & Macfarlane, PC
3001 W. Big Beaver Road, Suite 624
Troy, Michigan 48084

        \s\ Luis A. Cabassa
        **LUIS A. CABASSA**