## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

TINA CANALEJO,

    Plaintiff,

v.                                                          CASE NO: 8:14-cv-17-T-26MAP

ADG, LLC d/b/a Great Expressions,

    Defendant.
_____/

## **O R D E R**

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, it is ordered and adjudged that the Defendant's Motion for Summary Judgment (Dkt. 48) is stricken *sua sponte* pursuant to 6(g) of the Court's Case Management and Scheduling Order entered March 5, 2014, at docket 24 for failure to comply with paragraph 6(b) of that order.

**DONE AND ORDERED** at Tampa, Florida, on November 19, 2014.

                                            s/*Richard A. Lazzara*
                                            **RICHARD A. LAZZARA**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record